```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        2:08CR20022-001

ARNULFO BETANCORT-SALAZAR                                   DEFENDANT

### ORDER

Currently before the Court are Defendant's Motion for Return of Property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure (doc. 79) and the Government's response (doc. 80).

The property that is the subject of Defendant's Motion was not seized by federal authorities. The property is the subject of a forfeiture proceeding that is currently pending in Sebastian County Circuit Court, case number CV-2008-239. Accordingly, Defendant's Motion is DENIED, and he is advised that any relief in connection with the seized property should be sought in the state court proceeding.

IT IS SO ORDERED.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge