```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                   No. 2:11CV2103
                       No. 2:08CR20022

ARNULFO BETANCORT-SALAZAR                     DEFENDANT/PETITIONER

## ORDER

Now on this 3rd day of October 2011, there comes on for consideration the report and recommendation filed herein on August 26, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 88). Also before the Court are Petitioner's objections (doc. 90).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 82) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge