IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      No. 2:08-CR-20022-001

ARNULFO BETANCORT-SALAZAR                                                         DEFENDANT

## OPINION AND ORDER

Before the Court is Defendant's pro se motion (Doc. 148) to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) on the basis of Amendment 782 to the United States Sentencing Guidelines. No response has been filed, but a response is not necessary. The Court has denied Defendant's prior motions for this same relief, and would be inclined to do so here for the same reasons, but the Court lacks jurisdiction to reach the merits. Defendant currently has an appeal (Case No. 16-1617) pending in this case before the United States Court of Appeals for the Eighth Circuit. In his appeal, Defendant is challenging this Court's denial of his motion to dismiss the indictment. "As a general rule, a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Hunter v. Underwood*, 362 F.3d 468, 475 (8th Cir. 2004) (quotation and internal punctuation omitted).

The instant motion requests a sentence reduction. The sentence was imposed for crimes charged in the indictment Defendant moved to dismiss. Because the sentence Defendant seeks to reduce may be effected by the decision of the Court of Appeals regarding the charged crimes for which that sentence was imposed, this aspect of the case is involved in the appeal. This Court is divested of jurisdiction over the instant motion, and it must be denied.

IT IS THEREFORE ORDERED that Defendant Arnulfo Betancort-Salazar's motion to reduce his sentence (Doc. 148) is DENIED.

IT IS SO ORDERED this 11th day of July, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE